IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

UNITED STATES OF AMERICA,           :
                                    :
v.                                  :
                                    :    CASE NO.: 1:12-CR-14-001 (WLS)
BOBBY CHARLES TAYLOR,               :
                                    :
     Defendant.                     :
                                    :

**ORDER**

Upon consideration of the responses from Defendant's attorneys following the Court's Order to Show Cause as to why Defendant or Defendant's attorneys should not be required to pay for the transcript for Defendant's appeal (Docs. 442, 461), the Court finds that its April 18, 2014 order shall remain undisturbed. An indigent defendant is entitled to a trial transcript for appeal purposes pursuant to 28 U.S.C. § 1915. Although Defendant, or someone on his behalf, has hired a new attorney for the purpose of his appeal, the money used for that purpose was acquired from sources outside of Defendant's immediate family. Defendant has exhausted his resources and is therefore unable to pay for the transcript. For that reason, Defendant shall be provided the trial transcript without being required to remit payment therefor.

**SO ORDERED**, this  5th  day of June 2014.

/s/ W. Louis Sands
**W. LOUIS SANDS, JUDGE**
**UNITED STATES DISTRICT COURT**

1